FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

MAY - 6 2005

LUTHER D. THOMAS, Clerk
By: _____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRELL McNEAL | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) FILE NO. |
| | ) |
| WELLS FARGO FINANCIAL | ) **1 05 CV 1218** |
| ACCEPTANCE GEORGIA, INC., | ) |
| | ) **ORIGINAL** |
| Defendant. | ) |

**BBM**

## NOTICE OF REMOVAL

COMES NOW, Wells Fargo Financial Acceptance Georgia, Inc. ("Wells Fargo") and pursuant to 25 U.S.C. § 1446 gives notice of the removal of this civil action from the Magistrate Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division and shows the following:

1.

On April 1, 2005, Plaintiff filed suit in the Magistrate Court of Gwinnett County, Georgia, Civil Action File Number 05M8826, seeking damages for Defendant's alleged violation of the Fair Credit Reporting Act; 15 U.S.C § 1681 et seq.

1

A LCC 590948 v1
2780973-000181  05/06/05

FORMS RECEIVED
Consent To US Mag. _____
Pretrial Instructions _____
Title VII NTC _____
_night drop box_

2.

Defendant was served with a copy of this lawsuit on April 6, 2005, therefore, this Notice of Removal is timely pursuant to 28 U.S.C § 1446(b).

3.

Plaintiff seeks damages for Defendant's alleged violation of the Fair Credit Reporting Act. Jurisdiction over these claims is appropriate in the District Courts of the United States pursuant to 15 U.S.C. § 1681(p).

4.

In accordance with 28 U.S.C. § 1441(a), venue is proper in the United States District Court for the Northern District of Georgia.

5.

Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders served upon this Defendant are attached to this Notice of Removal as exhibit "A".

**[SIGNATURE ON FOLLOWING PAGE]**

This 6 day of May, 2005.

                                      L. Clint Crosby
                                      Georgia Bar No. 197877
                                      BAKER, DONELSON, BEARMAN,
                                        CALDWELL & BERKOWITZ
                                      Five Concourse Parkway
                                      Suite 900
                                      Atlanta, Georgia 30328
                                      (678) 406-8700 Telephone
                                      (678) 406-8701 Facsimile

                                      Counsel for Defendant
                                      Wells Fargo Financial Georgia, Inc.

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY the foregoing **NOTICE OF REMOVAL** has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C).

This 6 day of May, 2005.

L. Clint Crosby
Georgia Bar No. 197877
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ
Five Concourse Parkway
Suite 900
Atlanta, Georgia 30328
(678) 406-8700 Telephone
(678) 406-8701 Facsimile

# EXHIBIT A

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

RECEIVED THRU MAIL

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770-822-8100, Ext. Civil Div.)

Jerrell McNeal
606 Autumn Village Ct. Duluth, GA 30096
Plaintiff(s) Name, Address

Civil Action No. __05M 8826__

vs.

## STATEMENT OF CLAIM

Wells Fargo Financial Acceptance Georgia, INC.

INFO & FORMS ON INTERNET. www.gwinnettcourts.com
E-Mail: mag@gwinnettcounty.com

40 Technology Pkwy. South #300 Norcross, GA 30092
Defendant(s) Name/Address & Daytime Telephone #, if known; Or evening #

FILED IN OFFICE
CLERK MAGISTRATE COURT
GWINNETT COUNTY, GA
05 APR -1 AM 9: 51
TOM LAWLER, CLERK

☐ Suit on Note    ☒ Suit on Account    ☐ Other _____

1. The Court has jurisdiction over the defendant(s) ☒ the Defendant(s) is a resident of Gwinnett County; ☐ Other (please specify)
   __Agent County = Gwinnett__

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows: I bring this lawsuit, based on the violation of The Fair Credit Reporting Act. Section 15 U.S.C. § 1681n of the FCRA entitles me to a civil judgement against a party who willfully is in non compliance of my rights under the FCRA. I have made multiple attempts to resolve this with Wells Fargo + the three Credit Reporting Agencies. However, Wells Fargo insist on reporting inaccurate, damaging data.

3. That said claim is in the amount of $ __10,000.00__, principal $ __0__ interest, plus __0__ costs to date, and all future costs of this suit.
State of Georgia, Gwinnett County:

__Jerrell McNeal__ being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this
__19__ day of __March__ 20 __05__
(If Agent-Title or Capacity)
Notary Public/Attesting Official

Plaintiff(s) or Agent

(678) 934-8592 or (770) 873-4310
Day Time Phone Number

I request a ☐ Day Trial/ 8:30 a.m. or 1 p.m.    —OR—    ☒ 6:30 p.m. Trial    ALL CONFLICTS WILL BE SET FOR 6:30 p.m. Trials

### NOTICE AND SUMMONS

TO: All Defendant(s) You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr, Lawrenceville, GA [30045-6935], at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

1 April 2005

## GENERAL INSTRUCTIONS – IF YOUR CASE GOES TO TRIAL

The instructional tape, "I PRESENT MY CASE" is currently scheduled for viewing on the Gwinnett County Public Access Channel, Channel 23, on the following days and times: Monday, 5:30 P.M. & Saturday, 4:30 P.M; in Spanish, Tuesday, 5:30 P.M. & Sunday, 4:30 P.M. Current scheduling can be confirmed on the web-site, www.co.gwinnett.ga.us, click on Calendar, click on Cable Calendar.

See the courts website, www.gwinnettcourts.com.

Additionally, you must be prepared and **ON TIME**. Bring all of your witnesses, documents, photographs, etc. to court with you. If you are late, you may automatically lose your case and you may not have an opportunity to present your side of the issue. If you must be late, contact the court well in advance during normal business hours so that the calendar can be properly marked.

The following may help you in preparing your claim or defense:
- ☒ All parties shall notify the Clerk of Court in writing of any address change, or daytime telephone number change. All court notices come by regular mail. If you fail to provide your new address, you may miss your trial & lose your case.
- ☒ I will bring the following to court to prove my case:
  - ☐ Written contracts, leases, IOUs, notes, and all written documents applicable to the case.
  - ☐ Letters and/or papers relating to the case
  - ☐ Bills or estimates, invoices. (The person(s) who prepared the bills or estimates should accompany you to court)
  - ☐ Canceled checks
  - ☐ Photographs
  - ☐ Witnesses (Should accompany you. Notarized statements CANNOT be accepted as evidence at a trial.)
  - ☐ All other evidence you consider relevant.
- ☐ I will bring to court all witnesses having firsthand knowledge of my case. They have not heard evidence from someone else. [NOTE: Impartial witnesses who have no stake in the outcome of the case are generally more believable]
- ☐ I need to get a subpoena (order to appear) from the Clerk of Court for some witnesses to make certain that they appear. I need to get subpoenas for the production of documents.
- ☒ This case involves damage to property (for example, a car, the home, etc.)
  - ☐ I can describe the damage in detail and I have repair bills, written estimates of damage or repair, or other reliable evidence to help support my opinion of the value of the property before and/or after the damage. [NOTE: a case involving damages must always be proved by LIVE TESTIMONY]. Bring/subpoena the person to court who prepared any the estimates.
  - ☐ I can describe the condition of the property before the damage and I have determined what it was worth then. I have a Bluebook/Blackbook guide or newspaper ads to help prove my opinion. I can describe with reasonable certainty the cost of repairs. I have researched the law as to the correct measure of damages.

**FOR PLAINTIFF:**
- ☒ The party I have named is liable to me. (There is not a another person or corporation who really owes the money to me. (Just because a person is an officer/registered agent of a corporation does not make that person liable.)
- ☒ I can prove the amount of the complaint. I have not asked for more money than is really owed me.

**FOR THE DEFENDANT:**
- ☒ I filed an answer/counterclaim to the Plaintiff's claim on time.
- ☒ I do not owe the money because someone else is legally responsible, a third party or a corporation.
- ☒ I do not owe the Plaintiff anything for some other reasons.
- ☐ The Plaintiff is suing for more than the damage.
- ☒ The Plaintiff owes me money and I have set forth the amount owed me in my counterclaim.
  (A counterclaim must be proven to a "preponderance of the evidence" in the same manner as Plaintiff's claim.)
- ☐ I owe most or all of the money the Plaintiff claims but I need more time to pay it. I need to set up a payment plan. I will try to work this out with the plaintiff before court. Otherwise, I will tell the judge I need a payment plan at the court date. judge at

NOTE: The Magistrate Court attempts to use simple procedures but is subject to the same rules of law and evidences as any other court. You may wish to seek legal advice from an attorney if the importance of your case warrants it. You have the responsibility for presenting your case and this form gives only general advice which may not be adequate in your case.

(7) *Compliance.* A person shall not be liable for failure to perform the duties required by this section if, at the time of the failure, the person maintained reasonable policies and procedures to comply with this section.

(8) Enforcement

    (A)  *No civil actions.* Sections 616 and 617 shall not apply to any failure by any person to comply with this section.

    (B)  *Administrative enforcement.* This section shall be enforced exclusively under section 621 by the Federal agencies and officials identified in that section.

§ 616. Civil liability for willful noncompliance [15 U.S.C. § 1681n]

(a) *In general.* Any person who willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of —

    (1) (A)  any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or

    (B)  in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;

    (2) such amount of punitive damages as the court may allow; and

    (3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

(b) *Civil liability for knowing noncompliance.* Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater.

(c) *Attorney's fees.* Upon a finding by the court that an unsuccessful pleading, motion, or other paper filed in connection with an action under this section was filed in bad faith or for purposes of harassment, the court shall award to the prevailing party attorney's fees reasonable in relation to the work expended in responding to the pleading, motion, or other paper.

§ 617. Civil liability for negligent noncompliance [15 U.S.C. § 1681o]

(a) *In general.* Any person who is negligent in failing to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of

§ 622. Information on overdue child support obligations [15 U.S.C. § 1681s-1]

Notwithstanding any other provision of this title, a consumer reporting agency shall include in any consumer report furnished by the agency in accordance with section 604 [§ 1681b] of this title, any information on the failure of the consumer to pay overdue support which

    (1) is provided

        (A)    to the consumer reporting agency by a State or local child support enforcement agency; or

        (B)    to the consumer reporting agency and verified by any local, State, or Federal government agency; and

    (2) antedates the report by 7 years or less.

§ 623. Responsibilities of furnishers of information to consumer reporting agencies [15 U.S.C. § 1681s-2]

  (a) *Duty of Furnishers of Information to Provide Accurate Information*

    (1) Prohibition

        (A)    *Reporting information with actual knowledge of errors.* A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate.

        (B)    *Reporting information after notice and confirmation of errors.* A person shall not furnish information relating to a consumer to any consumer reporting agency if

            (i)    the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and

            (ii)    the information is, in fact, inaccurate.

        (C)    *No address requirement.* A person who clearly and conspicuously specifies to the consumer an address for notices referred to in subparagraph (B) shall not be subject to subparagraph (A); however, nothing in subparagraph (B) shall require a person to specify such an address.

        (D)    *Definition.* For purposes of subparagraph (A), the term "reasonable cause to believe that the information is inaccurate" means having specific knowledge, other than solely allegations by the consumer, that would cause a reasonable person to have substantial doubts about the accuracy of the information.

68

# PLAZA ASSOCIATES
## 370 Seventh Avenue
## New York, NY 10001
## Fax: (212) 330-9668
## Toll free: 1-800-805-0844

Ms Jerrel Mcneal
606 Autum Village Ct
Duluth, GA 30096

January 4, 2005

Client: Wells Fargo Financial Acceptance/Auto Loans
Account #: 50136861-06262002
Control-#49797299

Dear Ms Mcneal:

Please be advised, that above-captioned matter is now considered settled.

Any questions regarding your credit report should be addressed to the creditor referenced above, as we do not report to the credit bureaus in any form or fashion.

Sincerely,

Bernardine Hinojosa
Customer Service Department

Control-#49797299 - LS - FFS - Mcneal

Northland Group Inc

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 5300-5013* | 06/2002 | $4,320 | $0 | | | 6 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/2005 | $4,443 | $4,443 | | $0 | $160 | 08/2002 | | $0 | | $0 | | |

Current Status - Repossession; Type of Account - Installment; Whose Account - Individual Account; ADDITIONAL INFORMATION - Involuntary Repossession; Auto;

>>> We have researched the credit account. Account # - 5300-5013* The results are: This creditor has verified to Equifax that the current status is being reported correctly. The prior paying history has been deleted from this account. This creditor has verified to Equifax that the balance is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: Wells FARGO Financial Accs, 1240 Office Plaza Dr, West DES MOINES, IA 50266-2300

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly.

You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Service Representative at (888) 207-2854 from 9:00am to 5:00pm M - F in your time zone.

Thank you for giving Equifax the opportunity to serve you.

**Notice to Consumers**

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding the nature of your dispute. If the review does not resolve your dispute and further investigation is required, notification of your dispute, including the relevant information you submitted, is provided to the source that furnished the disputed information. The source reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us. The credit reporting agency then makes deletions or changes to your credit file as appropriate based on the results of the reinvestigation. The name, address and, if reasonably available, the telephone number of the furnisher(s) of the information contacted while processing your dispute(s) is shown under the "Results of Our Reinvestigation" section.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words (two hundred words for Maine residents), explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

# experian

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Credit Report Alerts | Credit Score |

**Credit Report Alerts**

Triple Alert watches over all 3 of your national credit files and scans for key changes.
Learn More

[Order Now]

**Credit Score**

What does your credit say about you? See the type of score lenders see with your personal credit score and detailed score explanation.
Learn More

[Order Now]

## Potentially Negative Items

❓ What does potentially negative mean?   ❓ What if I feel there is an error?

Experian credit report prepared for
**JERRELL F MCNEAL**
Your report number is
**0896423161**

Report date: **March 24, 2005**

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center

### Item Detail

**WFFINACCPT**

[Dispute this item]

Address:
3260 SATELITE BLVD SUITE
DULUTH, GA 30096

Account Number:
130626025013...

Status:
Repossession/Past due 60 days. $4,443 past due as of 2-2005.

| | | |
|---|---|---|
| Date Opened: 06/2002 | Type: Installment | Credit Limit: $4,320 |
| Date of Status: 02/2005 | Terms: 24 Months | High Balance: NA |
| Reported Since: 08/2002 | Monthly Payment: $0 | Recent Balance: $4,443 |
| Last Reported Date: 02/2005 | Responsibility: Individual | Recent Payment: $0 |

**Account History:**
Repossession as of 2-2005
60 days as of 1-2003
30 days as of 10-2002 to 12-2002

©Experian 2005. All rights reserved.
Experian and the Experian marks herein are service marks or registered trademarks of Experian.

```
REPORT ON MCNEAL, JERRELL, F                              PAGE  5 OF  8
SOCIAL SECURITY NUMBER: XXX-XX-4904    TRANSUNION FILE NUMBER: 130940618

WELLS FARGO FINANCIAL   PH#: (611) 477-9631
1240 OFFICE PLAZA DR, WEST DES MOINES, IA 50266
ACCT# 180626025013686l                  INSTALLMENT ACCOUNT
>VOLUNTARY SURRENDER<                   AUTOMOBILE
   UPDATED  12/2004    BALANCE:   $4443  INDIVIDUAL ACCOUNT
   OPENED   06/2002    MOST OWED: $3097  PAY TERMS: 24 MONTHLY $180
                       >PAST DUE:  $4443<
>STATUS AS OF 12/2004: 30 DAYS PAST DUE<
>IN PRIOR 30 MONTHS FROM LAST UPDATE  1 TIME  60 DAYS,
 3 TIMES 30 DAYS LATE<
```

Civil Action No. __05M 8826__

Magistrate Court [✓]
State Court [ ]
Superior Court [ ]
GWINNETT COUNTY, Georgia

Date Filed __4/1/05__

Attorney's or Plaintiff's Address & Tel #:
Jerrell McNeal
606 Autumn Village Ct.
Duluth, GA 30096
678-924-8592

__Jerrell McNeal__
PLAINTIFF
vs.
__Wells Fargo Financial Acceptance Georgia, INC.__
DEFENDANT

Name and Address & Tel. # of Party to be Served
Wells Fargo Financial Acceptance Georgia, INC.
40 Technology Pkwy South #300
Norcross, GA 30092

GARNISHEE

### SHERIFF'S ENTRY OF SERVICE

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

[ ] **PERSONAL**
The following named defendant with a copy: _____

[ ] **NOTORIOUS**
By leaving a copy of the action and summons at the most notorious place of abode in the county:
_____

Delivered the same to _____ described as follows:
approximate age _____ years; approximate weight _____ pounds; approximate height _____ feet and _____ inches, living at the residence of the defendant.

[✓] **CORPORATION**
By leaving a copy with _Wells ___ mgt / CSC___ Valerie Holmes PC_, in charge of the office and place of business of the corporation in Gwinnett County.

[ ] **TACK & MAIL**
By posting a copy to the door of the premises designated in the affidavit and, on the same day, by depositing a true copy in the mail with first class postage in an envelope properly addressed to the address shown in the summons with adequate notice to answer the summons at the place stated in the summons.

[ ] **NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

This ___6___ day of ___4___, 20__05__

1130

SHERIFF DOCKET _____ PAGE _____

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JERRELL McNEAL | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. |
| | ) | |
| WELLS FARGO FINANCIAL | ) | |
| ACCEPTANCE GEORGIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL was furnished as indicated below via U.S. Mail, postage-paid, to the following party:

Mr. Jerrell McNeal
606 Autumn Village Court
Duluth, Georgia 30096

Clerk of the Court
Magistrate Court of Gwinnett County
P.O. Box 246
Gwinnett County Justice &
Administration Building
75 Langley Drive
Lawrenceville, Georgia 30045

5

This \_\_6\_\_ day of May, 2005.

                                                L. Clint Crosby
                                                Georgia Bar No. 197877
                                                BAKER, DONELSON, BEARMAN,
                                                  CALDWELL & BERKOWITZ
                                                Five Concourse Parkway
                                                Suite 900
                                                Atlanta, Georgia 30328
                                                (678) 406-8700 Telephone
                                                (678) 406-8701 Facsimile

                                                Counsel for Defendant
                                                Wells Fargo Financial Georgia, Inc.

6