# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **JERRELL McNEAL** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1:05-CV-1218-BBM |
| | ) | |
| **WELLS FARGO FINANCIAL ACCEPTANCE GEORGIA, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT TO PLAINTIFF'S STATEMENT OF CLAIM

COMES NOW, Wells Fargo Financial Acceptance Georgia, Inc., ("Wells Fargo") and respectfully submits its Answer and Affirmative Defenses to Plaintiff's Statement of Claim and shows this Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The contract between Plaintiff and Defendant is subject to an arbitration agreement included in the Retail Installment Contract and this Defendant reserves all rights to submit Plaintiff's claims against it to arbitration in accordance with the arbitration agreement.

1

## THIRD DEFENSE

Plaintiff has not complied with the provisions of the Fair Credit Reporting Act governing cases of disputed accuracy.

## FOURTH DEFENSE

By way of further defense, Wells Fargo responds to the unnumbered paragraph of Plaintiff's Statement of Claim as follows:

1.

The allegations contained in the handwritten paragraph of Plaintiff's Statement of Claim are denied.

2.

All allegations not specifically responded to hereinabove are expressly denied.

WHEREFORE, having fully responded to Plaintiff's Statement of Claim, Defendant prays as follows:

    a.    That this Court inquire into Plaintiff's Statement of Claim and dismiss the Complaint with all costs cast against the Plaintiff;

    b.    For a trial by jury of twelve persons as to all proper factual issues; and

    c.    For all such other and further relief as this Court deems just and proper.

[SIGNATURE ON FOLLOWING PAGE]

A LCC 591052 v1
2780973-000181  05/13/05

Respectfully submitted this 13th day of May, 2005.

/s/ L. Clint Crosby
L. Clint Crosby
Georgia Bar No. 197877
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
Five Concourse Parkway
Suite 900
Atlanta, Georgia 30328
(678) 406-8700 Telephone
(678) 406-8701 Facsimile

Counsel for Wells Fargo
Financial Acceptance Georgia, Inc.

## CERTIFICATE OF COMPLIANCE

I hereby certify the foregoing <u>ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT TO PLAINTIFF'S STATEMENT OF CLAIM</u> has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C).

This 13th day of May, 2005.

/s/ L. Clint Crosby
L. Clint Crosby
Georgia Bar No. 197877
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
Five Concourse Parkway
Suite 900
Atlanta, Georgia 30328
(678) 406-8700 Telephone
(678) 406-8701 Facsimile

Counsel for Wells Fargo
Financial Acceptance Georgia, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JERRELL McNEAL | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1:05-CV-1218-BBM |
| | ) | |
| WELLS FARGO FINANCIAL ACCEPTANCE GEORGIA, INC., | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT TO PLAINTIFF'S STATEMENT OF CLAIM has been electronically filed. A true and correct copy of this filed document will be sent via U.S. Mail, upon the named Defendant by causing a true and accurate copy of the same to be delivered to his address of record as follows:

Mr. Jerrell McNeal
606 Autumn Village Court
Duluth, Georgia 30096

**[SIGNATURE ON FOLLOWING PAGE]**

A LCC 591052 v1
2780973-000181  05/13/05

This 13th day of May, 2005.

/s/ L. Clint Crosby
L. Clint Crosby
Georgia Bar No. 197877
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
Five Concourse Parkway
Suite 900
Atlanta, Georgia 30328
(678) 406-8700 Telephone
(678) 406-8701 Facsimile

Counsel for Wells Fargo
Financial Acceptance Georgia, Inc.

A LCC 591052 v1
2780973-000181  05/13/05