IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRELL McNEAL | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) |
| v. | ) NO. 1:05-CV-1218-BBM |
| | ) |
| WELLS FARGO FINANCIAL | ) |
| ACCEPTANCE GEORGIA, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal, with prejudice, of the above-referenced matter and all claims brought herein.

Respectfully submitted this 20th day of July, 2005.

**[SIGNATURES ON FOLLOWING PAGE]**

1

|  |  |
|---|---|
| _/s/ Jerrell McNeal_ | BAKER DONELSON BEARMAN CALDWEL & BERKOWITZ, P.C. |
| Jerrell McNeal | _/s/ L. Clint Crosby_ |
| Plaintiff | L. Clint Crosby |
|  | Georgia Bar No. 197877 |
|  | Five Concourse Parkway, Suite 900 |
|  | Atlanta, GA  30328 |
|  | (678) 406-8700 |
|  | (678) 406-8701 (Facsimile) |
|  | Counsel for Defendant |

2